**Order issued November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01031-CR
No. 05-14-01032-CR
No. 05-14-01033-CR

### DANIEL DEANTHONY FELDER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices Lang, Evans, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the January 5, 2015 motion of

Dianne Jones McVay for leave to withdraw as appointed counsel on appeal. We **DIRECT** the

Clerk of the Court to remove Dianne Jones McVay as counsel of record for appellant. We

**DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Daniel DeAnthony Felder, Jr., TDCJ No. 1941471, Wallace Unit, 1675 S. FM 3525, Colorado

City, Texas, 79512.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE